UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. CR122-0014 |
| | ) |
| v. | ) 18 U.S.C. § 371 |
| | ) Conspiracy |
| | ) |
| PATRICK C. MOORE, JR. | ) 42 U.S.C. § 1320a7b(b)(1) and (2) |
| | ) Payment and Receipt of |
| | ) Kickbacks |

### PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby certifies that the maximum penalties for the offenses charged in the Indictment are as follows:

**Count 1:**   Conspiracy
18 U.S.C. § 371
- Not more than five (5) years of imprisonment
- Not more than a $250,000 fine
- Not more than three (3) years of supervised release
- $100 special assessment

**Counts 2–4:**   Payment and Receipt of Kickbacks
42 U.S.C. § 1320a7b(b)(1) and (2)
- Not more than ten (10) years of imprisonment
- Not more than a $100,000 fine
- Not more than three (3) years of supervised release
- $100 special assessment

Respectfully submitted,

DAVID H. ESTES
UNITED STATES ATTORNEY

**/s/ Jonathan A. Porter**
Jonathan A. Porter
Assistant United States Attorney
Georgia Bar Number 725457