IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 122-014 |
| | ) | |
| PATRICK C. MOORE, JR. | ) | |

**O R D E R**

Before the Court is the parties' joint motion to designate this case as complex. (Doc. no. 77.) The Indictment alleges a complex, nationwide conspiracy to defraud the United States by submission of fraudulent healthcare claims. (See doc. no. 1.) Discovery involves millions of pages of documents. (See, e.g., doc. nos. 65, 69, 73, 76, 77.) The Court finds, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), that this case is so unusual or complex, due to the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by 18 U.S.C. § 3161(c)(1). The Court further finds the ends of justice served by granting the motion outweigh the best interests of the public and Defendant in a speedy trial. Accordingly, the Court **GRANTS** the motion to designate this case as complex and excludes the time from August 4, 2023, until further ruling of the Court from computation under the Speedy Trial Act.

The Court reminds the parties of their obligation to file monthly joint status reports concerning the progression of discovery, and the government's obligation to file a notice when the second round of disclosures are complete. (Doc. nos. 22, 63.)

SO ORDERED this 4th day of August, 2023, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA