UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA     )
 )
 )
v.     )    CR122-014
 )
PATRICK C. MOORE, JR.     )

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Jennifer A. Stanley** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Jennifer A. Stanley** be granted leave of absence for the following periods:  November 11, 2024 through November 29, 2024.

**ORDERED**, this the _13th_ day of June, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA