IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 122-014 |
| | ) | |
| PATRICK C. MOORE, JR. | ) | |

**O R D E R**

Currently before the Court are Defendant Moore's objections to the Report and Recommendation, (doc. no. 113), and Order, (doc. no. 115), entered November 22, 2024, by the Magistrate Judge, (doc. nos. 119, 120).

After a careful, *de novo* review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 120.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DENIES** Defendant's motion to dismiss the indictment. (Doc. no. 28.)

Concerning Defendant's objections to the Order, the Court modifies or sets aside non-dispositive rulings by the Magistrate Judge that are "clearly erroneous or . . . contrary to law." Fed. R. Civ. P. 72(a). A ruling is clearly erroneous when the Magistrate Judge abuses his discretion or the District Judge "is left with a definite and firm conviction that a mistake has been made." Jackson v. Deen, CV 412-139, 2013 WL 3991793, at *2 (S.D. Ga. Aug. 2, 2013). A ruling is contrary to law when it fails to follow or misapplies the law. Id.

Defendant offers no new information to change the analysis. (See doc. no. 119.) His constitutional and other concerns constitute mere disagreements with the Magistrate Judge's rulings and are insufficient to demonstrate the rulings are clearly erroneous or contrary to law. Therefore, upon careful consideration of the original motions, the detailed, ten-page Order and legal analysis therein, along with Defendant's objections, the Court concludes the Magistrate Judge's ruling is not clearly erroneous or contrary to law and **OVERRULES** the objections. See Fed. R. Civ. P. 72(a); Loc. R. 72.2; Staley v. Owens, 367 F. App'x 102, 104 n.1 (11th Cir. 2010) (*per curiam*).

SO ORDERED this 15th day of January, 2025, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA