# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

CHANGE OF PLEA IN  USA v. Patrick V. Moore, Jr.

CRIMINAL NO. CR122-014  AT Augusta, Georgia

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

WITH CONSENT OF THE COURT, THE DEFENDANT PATRICK C. MOORE, JR., HAVING PREVIOUSLY ENTERED A PLEA OF NOT GUILTY, HEREBY WITHDRAWS THAT PLEA AND ENTERS A PLEA OF GUILTY TO COUNT ONE IN THE INDICTMENT.

THIS 5th DAY OF MAY, 2025.

NOLLE PROSSE AS TO COUNT(S) _____

_____
PATRICK C. MOORE, JR. DEFENDANT

_____
COUNSEL FOR DEFENDANT
CARL LIETZ