IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 122-014 |
| | ) | |
| PATRICK C. MOORE, JR. | ) | |

**O R D E R**

In two motions filed yesterday, (doc. nos. 165, 166), the Filter Team seeks permission to (1) release to the Prosecution Team, and the government and the defense herein to be able to use in connection with their preparation for sentencing and at sentencing, approximately 116 documents claimed as privileged or related to documents claimed as privileged; and (2) file *ex parte* and under seal the 116 documents. The Filter Team certified service of both motions upon counsel of record and counsel for the putative third-party privilege holders by email and Federal Express.

The response deadline is July 15, 2025. Counsel for the putative third-party privilege holders may file any opposition briefs by this same deadline without gaining admission to the Court, and they shall coordinate with the Clerk of Court to ensure receipt and docketing. The Court **DIRECTS** the Clerk of Court to serve a copy of this Order to such counsel by email to (1) Scott R. Grubman, SGrubman@cglawfirm.com; (2) Melissa L. Jampol, MJampol@ebglaw.com; (3) Kyle Winchester, k.winchestercb@gmail.com; and (4) Amanda Clark Palmer, aclark@gsllaw.com.

SO ORDERED this 3rd day of July, 2025, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA