IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 122-014 |
| | ) | |
| PATRICK C. MOORE, JR. | ) | |

**O R D E R**

Before the Court is the United States' Filter Team's Motion to Dispense with Dkt. 92 and Dkt. 110 Sealed Proceedings and to Release Certain Hurricane Shoals Entities' and Fugitive Khalid Satary's Documents For Use in Public Proceedings ("Filter Team's Motion to Dispense with Sealed Proceedings"). (Doc. no. 165.) The Filter Team served counsel for the putative third-party privilege holders with this motion by email and Federal Express, (id. at 8), and the Court thereafter entered an Order, served by email, advising counsel for the putative third-party privilege holders of their opportunity to file opposition briefs by the response deadline, (doc. no. 167). Having received no objections by the deadline and for good cause shown as set forth in the motion and supporting brief, the Court **GRANTS** the motion. (Doc. no. 165.)

The Court **AUTHORIZES** the United States' Filter Team to release to the Prosecution Team the following material, as described more fully in the Filter Team's Motion to Dispense with Sealed Proceedings, and consisting of 27 documents identified by the defense on June 15, 2025, together with six "email family members" thereof, and eighty-three additional documents in the "thread groups" thereof, which documents

1

were previously identified to counsel for the companies Alpha Medical Consulting, Inc.; Clio Laboratories, LLC; Elite Medical Laboratories, Inc.; Performance Laboratories, LLC; Lazarus Services, LLC; and GENOS Medical, Inc. (collectively, "the Hurricane Shoals Entities" or "HSEs"), and, as relevant, Eastern District of Louisiana defendant and fugitive Khalid Satary.  The documents, when released, will continue to be governed by the Rule 502(d), Fed. R. Evid., protections set out in the Discovery Protocol Order.  *See* Dkt. 55.  Except as expressly supplemented or modified hereby, the provisions of the Protective Order in this matter (Dkt. 25) and this Court's prior Orders respecting the Filter Team's previously-filed motions herein shall remain fully in effect.

Finally, because the Court authorizes the release of the above-described documents to the Prosecution Team for use in public proceedings, the United States' Filter Team's Motion to for Leave to File *Ex Parte* and Under Seal Certain Hurricane Shoals Entities' and Fugitive Khalid Satary's Documents is **DENIED** as **MOOT**.  (Doc. no. 166.)

SO ORDERED this 24th day of July, 2025, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA