UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

## SENTENCING MINUTES

CASE NO. CR122-014
USA V. Patrick C. Moore Jr.
JUDGE: Honorable J. Randal Hall
COURT REPORTER: Lisa Davenport
ATTORNEY(S) FOR THE GOVERNMENT: Benjamin Smith & Jennifer Thompson
PROBATION OFFICER: Chris Ingalls / Evan Howard

DATE: 12/2/2025
TIME: 10:00 am to 11:32 am
COURTROOM DEPUTY: Lisa Widener
ATTORNEY(S) FOR THE DEFENDANT: Carl Lietz
DEFENDANT SENTENCED ON COUNT(S): One

- Y PSR reviewed in full
- N Objections to factual basis
- Y Objections to Guideline Calculations — overruled
- N Changes ordered
- N Factual Witnesses — Michael Speer
- N Statement by Counsel
- N Statement by Defendant
- Y Appeal rights explained/(waived)

Facility requested/recommended: Jesup 6A Camp

Defendant remanded —
Voluntary surrender 2/2/2026 by 2:00pm
Departure from guidelines N

Custody: 46 months
Supervised Release: 3 years
Y Standard and Special Conditions of Release to be explained by USPO and a written copy to be provided to defendant
Probation —
Fine $ -0-
Restitution $ 7,231,013.24 jointly & severally w/ co-conspirator Speer
Special Assessment: $100.00
Community Service: — hours within first — months of release
Dismiss Count(s) 2-4
Plea agreement accepted Y
Upward —  Downward —